# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROSS A. NORMAN, Trustee GEORGE STEVENS LAND TRUST, | CV 19-13-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA, DNRC LAND BOARD, DAVID L. BERNHARDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES OF AMERICA; JON RABY, IN HIS OFFICIAL CAPACITY AS MONTANA/DAKOTAS STATE DIRECTOR, BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF INTERIOR, AN AGENCY OF THE UNITED STATES GOVERNMENT; LAZY K-6 RANCH, INC., a Montana corporation, and all other persons unknown , claiming or who might claim any right, title, estate, or interest in or encumbrance upon the real property described in the Amended Complaint, or any thereof, adverse to Plaintiff's ownership or any cloud upon Plaintiff's title thereto, whether such claim or possible claim be present or contingent, including any claim or possible claim of dower, inchoate or accrued, | |
| Defendants. | |

The Plaintiff and the Federal and State Defendants have filed a Joint Motion to Stay Proceedings. The basis for the joint motion is the need for Plaintiff to complete a survey of approximately two miles of current stream bank location and changes from prior surveys in order to allow Defendants to ascertain whether any Federal or State interest is at issue, or whether a disclaimer of interest may be filed. All parties agree that the survey will take time due to weather and the size of area being surveyed.

IT IS ORDERED that the deadline for the Federal and State Defendants to file an answer or other responsive pleading is extended until September 6, 2019 and that the case is otherwise administratively stayed until that date.

DATED this 1st day of April, 2019.

_____
Brian Morris
United States District Court Judge